IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIVKA LIVNAT, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) )   Case No. 1:14-cv-00668-CKK |
| THE PALESTINIAN AUTHORITY, | ) ) ) |
| Defendant. | ) ) ) ) |

**DECLARATION OF ARIEH DAN SPITZEN**

Pursuant to 28 U.S.C. § 1746, I, Arieh Dan Spitzen, declare under penalty of perjury under the laws of the United States as follows:

1.  I am presently serving as a consultant to a number of law firms in the United States, in lawsuits that have been filed by victims of terrorism against various financial institutions and other entities. I also provide consulting services to a number of academic research institutions and various entities in the Israeli establishment.

2.  Until 2009, I served in the Israel Defense Forces, in the positions of Advisor for Palestinian Affairs and Head of the Department for Palestinian Affairs in the Office of the Coordinator of Government Activities in the Territories, with the status of a full colonel. My curriculum vitae is attached hereto as **Exhibit 1**.

The Washington Office Represents the PA as well as the PLO

1

3.     I have reviewed the May 22, 2014 Declaration of Ambassador Maen Rashid Areikat (the "Areikat Declaration") filed in support of the Palestinian Authority's Motion to Dismiss. DE 13-2.

4.     The Palestine Liberation Organization ("PLO") is a political organization and the representative of the Palestinians in the Oslo Accords. The Oslo Accords provided for the establishment of the Palestinian Authority ("PA"), which was created to serve as the governing authority over parts of the West Bank and the Gaza Strip pursuant to the Oslo Accords. Mahmoud Abbas is both the president (Rae'is) of the PA and the Chairman (Rae'is) of the PLO Executive Committee. The PA, not the PLO, operates the governmental ministries (such as the Ministry of National Economy and the Ministry of Foreign Affairs).

5.     Palestinian officials are generally careful about distinguishing between the PA and the PLO. When they want to refer to the PA, they use any of the following names: PA, Palestinian National Authority ("PNA"), the State of Palestine or Palestine. When referring to the PLO, they say PLO. Since Abbas is both President of the PA and Chairman of the PLO Executive Committee, when he is signing documents in one capacity or another, it is made clear in which capacity he is acting by the presence of a PA or a PLO reference next to his name on the signature line. If he signs a document in both capacities, there would be a reference to both the PA and the PLO next to his name on the signature line.

6.     Attached hereto as **Exhibit 2** is a news article dated April 17, 2009 from the WAFA News Agency, an official PA news service, concerning the swearing in of Maen Areikat as Palestine's ambassador" which I have reviewed. It is clear from the article, that Areikat's ambassadorship appointment is a PA appointment and that he is the PA's representative in the United States. For example, the article refers to:

- Areikat as "Palestine's Ambassador" in the text of the article and as "the ambassador of the State of Palestine" in the caption under the photo;

- Two PA officials as being present at the swearing in ceremony – Dr. Riyadh, al-Maliki, Minister of Foreign Affairs and Dr. Rafiq al-Husayni, the President's Chief of Staff. The presence of these two PA governmental officials at Areikat's swearing in ceremony, particularly the PA's Minister of Foreign Affairs who serves in an exclusively governmental function for the PA, indicates that Areikat is also a PA representative, contrary to his representations in his May 22, 2014 Declaration. *See* Areikat Declaration at ¶¶ 7-10.

- Oath taking place at the Presidential Headquarters in Ramallah - this is a reference to the headquarters of the PA presidency;

Despite extensive searching, I have not been able to locate the official order appointing Areikat to his post as Ambassador. Such an order almost certainly exists, and would likely show whether Areikat was appointed by the PA.

7. Areikat's service as the PA's representative in the U.S. is also reflected in various public statements where he confirms that he indeed represents the Palestinian Authority and speaks on its behalf in his official capacity. For example:

- On October 20, 2010, at the Fifth Annual Gala of the American Task Force on Palestine in Washington, DC, Areikat read a letter on behalf of President Mahmoud Abbas. He began, "I stand here

on this stage before you in my capacity as ***personal envoy of President Mahmoud Abbas, the President of Palestine*** and the Palestine Liberation Organization, to the United States." He was listed in the official event program as ***"Ambassador to the United States, Palestinian Authority"*** and was also identified as such on a recording of the event. **Exhibit 3**.

- In a Bloomberg Interview on September 15, 2012, Areikat was introduced as Defendant's "representative to the U.S" and advocated for recognition of the PA, stating: "We are asking...for admission at the United Nations…***if we get admitted at the United Nations and get the status of state*** we will engage immediately in negotiations with the Israelis the day after." The Bloomberg interview is available for viewing at http://www.bloomberg.com/video/75514046-plo-ambassador-areikat-on-seeking-statehood.html. Similarly, DACOR (an Organization of Foreign Affairs Professionals) referred to Areikat as the ***Ambassador of Palestine*** to the U.S. in its announcement of Areikat's April 11, 2014 DACOR Lecture. **Exhibit 4**.

- In a Q&A session with CNN on May 25, 2011, Areikat finished his response to a question regarding Hamas and the upcoming elections by stating that, "[L]et me assure you of this, the PLO, ***President Abbas, the Palestinian Authority*** are still committed to a peaceful coexistence with Israel and to a peaceful resolution to

4

the conflict - to a two-state solution. We will try our best to keep a political agenda of the PLO that supports all these principles." **Exhibit 5**.

- In another phone interview with CNN Anchor Michael Holmes on November 21, 2012, Areikat is identified as "a *Palestinian representative* to the United States." Holmes goes on to ask several questions, the first two of which make explicit references to the Palestinian Authority.[1] Areikat answered the questions in like form, making explicit references to both the PA and President Mahmoud Abbas. **Exhibit 6**.

- Again on November 21, 2012, Areikat was interviewed in a segment on NPR entitled "PLO Delegate: Israel Still Needs To Remove Blockade." The host of the show, Robert Seigel, welcomed Areikat to the program by stating that "Maen Rashid Areikat is chief of the PLO delegation in Washington, D.C. That means he is the *de facto ambassador of the Palestinian Authority in the United States*. Welcome to the program." Areikat responded, "Thank you." Throughout the interview, which ran for

---

[1] Holmes: "...the great irony is that the Palestinian Authority, the governing body, the president of the Palestinian Authority had nothing to do with it. Is that a big problem going forward for the Palestinian people?"

Holmes: "But the problem has not been, has it not, been that the Palestinian Authority, when it comes to Gaza, is irrelevant. And Mahmoud Abbas has really had no say in this at the moment, and that's a problem going forward in the bigger picture of Palestinian unity, is it not? Is this an opportunity in some ways for Hamas and Fatah, Palestinian Authority, to make up, to move forward with some sort of sense of unity?"

less than six minutes, the Palestinian Authority was mentioned explicitly seven times – three times by Siegel and four times by Areikat. These statements included this question from Siegel: "Is the Palestinian Authority, *the government that you represent*, at risk right now being marginalized as Hamas take center stage?" Areikat directly answered the question and mentioned both the PA and Abbas in his response. **Exhibit 7**.

- Yet again on November 21, 2012, *Voice of America* senior correspondent Jeffrey Young interviewed Areikat on the "Middle East Voices" radio program. During the interview, entitled "The Gaza Conflict - A Palestinian Perspective," Young begins with a question: "*What is the position of President Abbas and the Palestinian Authority* in regards to the conflict underway between Israel and Gaza?" Areikat responds, "Well, the position of the PLO, *including the Palestinian Authority*, is very clear. We strongly condemn the continued Israeli military campaign in the Gaza Strip. We believe Israel is resorting to excessive military power once again in order to resolve a political issue." **Exhibit 8**.

- In an October 8, 2013 interview with "The Daily Princetonian," Areikat's responses indicate that he views the PA as a country, himself as an ambassador of the PA and that he was speaking on behalf of the PA. For example, in response to a question about his duties as an ambassador, Areikat stated: "My duties are similar to

the duties of any other ambassador based in Washington, D.C. ***The fact that the United States does not recognize Palestine as a full-fledged state and does not provide us with diplomatic privileges...does not change the diversity of our activities***…". **Exhibit 9**.

8. The fact that Areikat's salary (and that of others in the Washington office) comes from the Palestine National Fund ("PNF") further demonstrates that Areikat is a PA representative, contrary to what he stated in his declaration. Areikat Declaration at ¶¶ 7, 13. Similarly, the fact that the Washington office is funded by the PNF further supports the conclusion that the office operates on behalf of the PA. *Id*. at ¶ 12. This is because the PNF is exclusively funded by the PA. *See, e.g.*, **Exhibits 10 and 11**, 9/12/12 Deposition Testimony of Yasser Shaqbua in *Shatsky, et al. v. Syria, et al.* (DDC 02-2280) at 12:22-13:10; 14:16-21 (PNF is funded by the PA since 1994)**;** Declaration of Yasser I. Shaqbua in *Knox, et al. v. PLO, et al*. (DDC 03-4466) at ¶ 4 (The PLO has been completely dependent on the PA for revenues since January 2008)**.** Thus, the salaries of Areikat and others in the Washington office and the activities of the office itself are actually funded by the PA.

9. Attached hereto as **Exhibit 12** is Decree No. 90, the 2009 order appointing Amal Jadou as deputy ambassador to the U.S., which I have reviewed. As with Areikat, it is clear that her appointment was on behalf of the PA. Specifically, the order:

- twice refers to Abbas in his capacity as the President of the State of Palestine, the Chairman of the PLO Executive Committee and the President of the Palestinian National Authority;

7

- states that the appointment is pursuant to two PA laws – the 2003 Amended Basic Law and its amendments and Civil Service Law NO. 4 of 1998;
- refers to Jadou as "an employee of the President's office;" and
- refers to the Washington, D.C. offices as "Palestine's mission."

10. Areikat refers to the limitations contained in the Oslo Accords on the PA's powers in the sphere of foreign relations. *See* Areikat Declaration at ¶ 15. However, notwithstanding the Oslo Accords, the PA issued its own governmental decision in 2005 (PA Decision No. 374) to implement the PA's Law of Diplomatic Staff (Law No. 13 from 2005). The Law of Diplomatic Staff is signed by Mahmoud Abbas in his dual capacities as President of the PA and Chairman of the PLO Executive Committee. Decision No. 374 is signed by Ahmad Qurei'a as PA Prime Minister. Both Law No. 13 and Decision No. 374 are published in the official PA records and have executive force. Thus, although under the Oslo Accords the PA lacks the capacity to conduct foreign relations, the PA has issued Decision No. 374 which sets forth the procedures for appointing so-called "diplomatic" staff, including hiring and firing procedures, conditions of employment and responsibilities and provides that the PA Minister of Foreign Affairs is responsible for such staff.

11. Attached hereto as Exhibits **13, 14, 15 and 16** are printouts from the Consular Affairs section of the plodelegation.us website, which I have reviewed. According to the attached documents, the Washington office provides certain services exclusively on behalf of the PA, not the PLO. These services include receiving, on behalf of the PA, documents related to corporate and NGO registration; passport renewal; powers of attorney regarding real estate transactions, and transferring such documents to the PA for processing. Such services are all

government related services conducted by the PA and not the PLO. I note that in describing the activities of the Washington office, Maen Areikat failed to include a description of the office's Consular Affairs section which provides services on behalf of the PA. *See* Areikat Declaration at ¶ 16.

12. Attached hereto as **Exhibits 17 and 18** are a December 2009 interview with Ambassador Areikat by palestinenote.com and a transcription of the interview, which I have reviewed. In the interview, Areikat discussed the restructuring and expansion of defendant's D.C. office, particularly with regard to provision of the commercial and consular services discussed above. Among other things, Areikat discussed efforts to expand the roles of the consular attaché and the commercial attaché and, in particular, to bring "Palestinian and American businesses together." Areikat specifically referenced efforts by the D.C. office to work in coordination with the PA's Ministry of Economy in this regard.

13. Other documents also confirm that the Washington, D.C. office serves as the PA's representative. Attached hereto as **Exhibit 19** is the initial March 10, 1998 Foreign Agents Registration Act ("FARA") filing by defendant's Washington office. Under Section 5, "Indicate whether your foreign principal is one of the following," the boxes for "foreign government" and "foreign political party" are both checked.

14. In a similar FARA filing by the public relations firm Bell Pottinger (**Exhibit 20**), which was retained by defendant's Washington office in August 2011, in the same Section 5, only the box for "foreign government" is checked.

<u>Criminal Proceedings Against PA Security Forces Employees Involved in the April 24, 2011 Shooting at Jospeh's Tomb</u>

15. I have not been able to locate any records of criminal proceedings allegedly conducted by the PA against any of the PA security forces employees who were involved in the April 24, 2011 Shooting at Joseph's Tomb.

16. Research of Israeli Military Court records indicates that on May 22, 2013, the State of Israel arrested three of the PA security forces employees involved in the shooting – Turki Diab Turki Zoara (ID No. 411365570); Noaf Fahed Noaf Bani Oudeh (ID No. 85229035) and Wael Hussein Mohamed Daoud (ID No. 852329440). Indictments were filed against all three on June 27, 2013 in the Israeli Military Court in Samaria. Turki Zoara was convicted on September 9, 2013 and was sentenced to six months and one day of imprisonment from the date of his detention, six months of suspended imprisonment for a period of five years and a fine of 1,000 Shekels or one month of imprisonment in lieu thereof. To the best of my knowledge as of the date of this Declaration, Noaf Bani Oudeh and Wael Daoud have not yet been tried.

Dated: June 12, 2014

_____
Arieh Dan Spitzen