**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                              )
RIVKA LIVNAT, *et al.*,                      )
                                              )
            Plaintiffs,                       )
                                              )
v.                                            )        Case No. 1:14-cv-00668-CKK
                                              )
THE PALESTINIAN AUTHORITY,                    )
                                              )
            Defendant.                        )
                                              )
_____)

## NOTICE OF APPEAL

Notice is hereby given this 9th day of March, 2015, that all plaintiffs hereby appeal to the

United States Court of Appeals for the District of Columbia Circuit from the order and final

judgment of the United States District Court for the District of Columbia entered on the 11th day

of February, 2015, in favor of defendant and against all plaintiffs.

                                        Respectfully submitted,

                                        _____/s/_____

Alan I. Baron (D.C. Bar No. 340273)     Joseph B. Espo (D.C. Bar No. 429699)
975 F. Street, NW, Suite 100            Andrew D. Levy (D.C. Bar No. 458998)
Washington, DC 20004                    Jessica P. Weber (D.C. Bar No. MD17893)
Telephone:  (202) 828-3589              BROWN, GOLDSTEIN & LEVY, LLP
Facsimile:  (202) 828-5393              120 E. Baltimore St., Suite 1700
abaron@seyfarth.com                     Baltimore, Maryland  21202-6701
                                        Telephone:  (410) 962-1030
                                        Facsimile:  (410) 385-0869
                                        jbe@browngold.com
                                        adl@browngold.com
                                        jweber@browngold.com

                                        *Attorneys for Plaintiffs*

Dated:  March 9, 2015